IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CV-110-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ROANOKE VALLEY RESCUE SQUAD, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to dismiss [DE #3] filed October 28, 2010. Following defendant's filing of its motion to dismiss, plaintiff amended its complaint on November 17, 2010 and, on that same day, filed a response to defendant's motion to dismiss. On December 30, 2010, defendant filed an answer to the amended complaint.

In light of the filing of an amended complaint by the plaintiff, defendant's motion to dismiss is DISMISSED AS MOOT.

This 5th day of April 2011.

  Malcolm J. Howard
  Senior United States District Judge

At Greenville, NC
#26